[No. 43694-5-I.    Division One.    February 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. R.G., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-05052-9, Linda Lau, J., entered November 12, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43736-4-I.    Division One.    February 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL HURSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-00369-9, Donald D. Haley, J., entered November 5, 1998. *Reversed* by unpublished per curiam opinion.

[No. 43943-0-I.    Division One.    February 14, 2000.]

DIANNE C. PINNEY, ET AL., *Appellants*, v. CHARLES H. BALLARD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-09762-2, J. Kathleen Learned, J., entered December 9, 1998. *Reversed* by unpublished per curiam opinion.

[No. 43991-0-I.    Division One.    February 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN GOTCHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-03657-1, James Bryan Street, J., entered January 11, 1999. *Affirmed* by unpublished per curiam opinion.